IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>TERRY LUTHER LONG   ) | Criminal No. 05-66<br>[UNDER SEAL] |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant Terry Luther Long, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Mail Fraud, in violation of Title 18, United States Code, Section 1341, and Malicious Destruction of Property by Fire, in violation of Title 18, United States Code, Section 844(i).

Recommended bond: $10,000 Unsecured with monitoring conditions.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: _____
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TERRY LUTHER LONG ) | Criminal No. 05-66<br>[UNDER SEAL] |

ORDER

AND NOW, to wit, this 23rd day of March, 2005, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant Terry Luther Long.

Bond shall be set by the United States Magistrate Judge.

UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney