# RECORD OF MAGISTRATE'S PROCEEDINGS

UNITED STATES OF AMERICA
vs
TERRY LUTHER LONG

MAGISTRATE'S DOCKET #:
DATE OF COMPLAINT:
CRIMINAL DOCKET NUMBER: CR. 05-66
DATE OF INDICTMENT: 3/23/05
STATUTE: 18.1341

DATE ARRESTED: turned himself in on 3/29/05

## INITIAL APPEARANCE

Before Magistrate:
- [ ] SENSENICH
- [ ] MITCHELL
- [X] HAY
- [ ] CAIAZZA
- [ ] BAXTER
- [ ] PESTO

Date: 3/29/05
Time: 2:30 P.M.
C.D. #:
C.D. Index: 2:31 – 2:58

U.S ATTORNEY: SHAUN E. SWEENEY

1. RIGHTS EXPLAINED

2. INDICTMENT:
- [ ] Read
- [✓] Summarized
- [ ] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
- [✓] Read
- [ ] Summarized
- [ ] Reading waived

4. COUNSEL
- [✓] Defendant requested appointment
- [ ] Defendant waived appointment
- [ ] Defendant represented by: _____
- [✓] Defendant expects to retain: _____
- [✓] Affidavit executed
- [ ] Not Qualified
- [✓] Qualified
- [ ] with possible requirement for partial or full payment
- [ ] Federal Public Defender appointed
- [ ] CJA Panel Attorney _____ appointed

5. BAIL
- Recommended Bond: $10,000.00 UNSECURED BOND
- Bond Set at: $10,000.00 UNSECURED BOND
- [ ] By Consent
- [X] By Magistrate
- [ ] Bond Posted
- [ ] Additional Conditions Imposed:
- [ ] Temporary Commitment issued
- [ ] Final Commitment issued
- Bond Review Hearing Set For:
- Detention Hearing Set For:

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
Preliminary Exam/Rule 40/Arraignment set for: 4/5/05 AT 9:30 Am Before Magistrate HAY

ADDITIONAL COMMENTS: