# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

| IN UNITED STATES | ☐ MAGISTRATE | X DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: USA V.S. LONG
FOR: WESTERN DISTRICT OF PENNSYLVANIA
AT: PITTSBURGH, PA

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): TERRY LUTHER LONG

1. X Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS:
Magistrate: _____
District Court: CR 05-66
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): X Felony ☐ Misdemeanor
18 1341

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed — Checks
- Name and address of employer: Self-Employed — Gliss, Inc. — process chickers
- IF YES, how much do you earn per month? $ 6 mos. $225,000, gross sales
- How much did you earn per month? $ 5-6K net over 6 mos.
- If married is your Spouse employed? ☐ Yes ☐ No N/A
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $5,100  SOURCES: Tax Refund

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 300 in cash; $500 checking acct

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE: $175,000  DESCRIPTION: House — 1322 Shubrick Drive, Sewickley
  - $68,000  House — Greenville, NC
  - $25,000  House — jointly owned w/ mother — South Carolina

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: None

**DEBTS & MONTHLY BILLS** (List all creditors including banks, loan companies, charge accounts, etc.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Loans | | 1.6 million | $10,000/mo. |
| Utilities | | | $400-500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-27-05

APPROVED 4-7-05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____